**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 17 B 37328 |
| Isaiah T. Lawrence, ) | HON.  Carol A. Doyle |
| ) | CHAPTER 13 |
| DEBTOR. ) | |

## NOTICE OF MOTION

TO:   Tom Vaughn, Chapter 13 Trustee, 55 E. Monroe St. STE 3850, Chicago, IL 60603, via electronic court notification;

See the attached Service List.

Please take notice that on August 18, 2020, at 9:30 a.m., I shall appear before the Honorable Judge Doyle or any judge sitting in her place, and present the motion to modify plan, a copy of which is attached.

**This motion will be presented and heard telephonically**. No personal appearance in court is necessary or permitted. To appear and be heard telephonically on the motion, you must set up and use an account with Court Solutions, LLC. You can set up an account at [www.CourtSolutions.com](www.CourtSolutions.com) or by calling Court Solutions at (917) 746-7476.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that he served this notice and the attached motion on July 17, 2020, on each entity shown on the attached list at the address shown and by the method indicated on the list via U.S. Mail with postage prepaid from the mailbox located at 20 S. Clark Street, Chicago, IL 60603.

/s/ *Nicholas Landi*_____
Attorney for Debtor

The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603
(312) 913-0625
nlandi@semradlaw.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 17-37328<br>Northern District of Illinois<br>Eastern Division<br>Fri Jul  3 07:05:59 CDT 2020 | HONOR FINANCE COMPANY C/O WESTLAKE PORTFOLIO<br>4751 WILSHIRE BLVD<br>SUITE 100<br>LOS ANGELES, CA 90010-3847 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 |
| Bank of America<br>1701 River Oaks Dr # D<br>Calumet City, IL 60409-5053 | Bank of America N.A.<br>P O Box 982284<br>El Paso, TX 79998-2284 | CAPITAL BANK<br>1 CHURCH ST SUITE 300<br>ROCKVILLE, MD 20850-4190 |
| City Of Chicago Department of Finance<br>C/O Arnold Scott Harris P.C.<br>111 W Jackson Blvd Suite 600<br>Chicago, IL 60604-3517 | City of Calumet City<br>Municipal Collections of America, Inc.<br>3348 Ridge Road<br>Lansing, IL 60438-3112 | City of Chicago Parking<br>121 N. LaSalle St # 107A<br>Chicago, IL 60602-1232 |
| ComEd<br>1919 Swift Drive<br>Oak Brook, IL 60523-1502 | Credit Management<br>25 Northwest Point Blvd #750<br>Elk Grove Village, IL 60007-1058 | DISCOVER BANK/GLELSI<br>PO BOX 7860<br>MADISON, WI 53707-7860 |
| (p)EMCC INC<br>5401 N PIMA RD<br>STE 150<br>SCOTTSDALE AZ 85250-2630 | ENHANCED RECOVERY<br>8014 BAYBERRY RD<br>JACKSONVILLE, FL 32256-7412 | FED LOAN SERV<br>POB 60610<br>Harrisburg, PA 17106-0610 |
| FIRST PREMIER BANK<br>c/o Jefferson Capital Systems LLC PO Box<br>c/o Linda Dold<br>Saint Cloud, MN 56302 | HARRIS & HARRIS LTD<br>222 Merchandise Mart Plaza, Suite 1900<br>Chicago, IL 60654-1421 | Honor Finance<br>909 DAVIS ST STE 260<br>EVANSTON, IL 60201-3645 |
| Honor Finance Company<br>c/o Westlake Portfolio Managemen<br>4751 Wilshire Blvd<br>Suite 100<br>Los Angeles, CA 90010-3847 | IRS<br>Po Box 7346<br>Philadelphia, PA 19101-7346 | KAY JEWELERS/GFS<br>PO BOX 4480<br>BEAVERTON, OR 97076-4480 |
| Kahuna Payment Solutions<br>25 E Washington 1233<br>c/o Fink Steven J<br>Chicago, IL 60602-1876 | MABT TOTVISA<br>5109 S BROADBAND LANE<br>SIOUX FALLS, SD 57108-2208 | Municipal Collection Services<br>Po Box 666<br>Lansing, IL 60438-0666 |
| Navient<br>PO BOX 9655<br>WILKES BARRE, PA 18773-9655 | Navient Solutions, LLC. on behalf of<br>Educational Credit Management Corporatio<br>PO BOX 16408<br>St. Paul, MN 55116-0408 | PEOPLES ENGY<br>200 EAST RANDOLPH<br>CHICAGO, IL 60601-6302 |
| Premier Bankcard, Llc<br>Jefferson Capital Systems LLC Assignee<br>Po Box 7999<br>Saint Cloud Mn 56302-7999 | Rogers Auto Group<br>2720 S Michigan Ave<br>Chicago, IL 60616-2819 | SALLIE MAE<br>PO Box 9500<br>Attn: Claims Processing<br>Wilkes Barre, PA 18773-9500 |

| | | |
|---|---|---|
| SILVERLEAF/ORANGE LAKE<br>170 NORTH KOELLER ROAD<br>OSHKOSH, WI 54902-4108 | Saint Leo University<br>PO Box 6665 MC 2097<br>Saint Leo, FL 33574-6665 | Santander Consumer USA<br>ATT POC: Janiscia Jackson PO Box 961245<br>Fort Worth, TX 76161-0244 |
| Southwest Credit<br>4120 International Pkwy # 1100<br>Carrollton, TX 75007-1958 | St. Leo University<br>PO BOX 628301<br>Orlando, FL 32862-8301 | U.S. Department of Education<br>C/O FedLoan Servicing<br>P.O. Box 69184<br>Harrisburg, PA 17106-9184 |
| Village of Calumet City<br>204 Pulaski Rd<br>Calumet City, IL 60409-4115 | Village of Orland Park<br>Municipal Collections of America, Inc.<br>3348 Ridge Road<br>Lansing, IL 60438-3112 | West Asset Management<br>PO Box 790113<br>Saint Louis, MO 63179-0113 |
| Isaiah T. Lawrence<br>4542 South Lamon Ave<br>Chicago, IL 60638-1958 | Megan Holmes<br>The Semrad Law Firm, LLC<br>20 S. Clark Street, 28th Floor<br>Chicago, IL 60603-1811 | Nicholas J Landi<br>Semrad Law Firm LLC<br>20 S. Clark Street #28<br>Chicago, IL 60603-1811 |
| Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | Rigoberto Garcia<br>The Semrad Law Firm, LLC<br>20 S. Clark, 28th Floor<br>Chicago, IL 60603-1811 | Tom Vaughn<br>55 E. Monroe Street, Suite 3850<br>Chicago, IL 60603-5764 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

EMCC FINANCE
33 RIVERSIDE DR
PEMBROKE, MA 02359

End of Label Matrix
Mailable recipients    44
Bypassed recipients     0
Total                  44

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 17 B 37328 |
| Isaiah T. Lawrence, ) | HON. Carol A. Doyle |
| ) | CHAPTER 13 |
| DEBTOR. ) | |

**MOTION TO MODIFY PLAN**

NOW COMES the Debtor, Isaiah T. Lawrence, by and through Debtor's attorneys, The Semrad Law Firm, LLC and hereby moves this Honorable Court to modify the confirmed Chapter 13 Plan, and Debtor states the following:

1. On December 18, 2017, Debtor filed a petition for relief pursuant to Chapter 13 Title 11 U.S.C.

2. This Honorable Court confirmed the Debtor's Chapter 13 Plan of reorganization on February 13, 2018.

3. The confirmed Chapter 13 Plan allows for secured creditors to be paid 100.00% of their allowed claims, and general unsecured creditors without priority to be paid 10.00% of their allowed claims.

4. The confirmed Chapter 13 Plan requires the Debtor to make plan payments to the Chapter 13 Trustee in the amount of $425.00 monthly for 36 months.

5. On July 24, 2018, this Honorable Court entered an Order modifying Debtor's confirmed Chapter 13 Plan and increased plan payments to $480.00 per month for the remainder of the plan.

6. On March 26, 2019, this Honorable Court entered an Order modifying Debtor's confirmed Chapter 13 Plan and increased plan payments to $530.00 per month for the remainder of the plan.

7. Following the filing of the instant case, Debtor submitted to payroll control. The payroll deductions had been consistent, however, on July 24, 2018 the plan payments were modified with the entry of the Order Modifying Plan. Furthermore, a second increase in the plan payments occurred with the entry of the Order Modifying Plan entered on March 26, 2019. However, Debtor's employer failed to deduct the modified plan payment amount on these two occasions. Due to the incorrect payment amounts, a default accrued in Debtor's plan payments.

8. On July 2, 2020, an Amended Payroll Control Order was filed in order to reflect the correct amount of the monthly plan payments.

9. Debtor can resume making timely plan payments moving forward.

10. Debtor needs the monthly plan payments to increase to $640.00 per month in order to keep the plan feasible. Please see attached Exhibit A for Debtor's signed amended Schedules I and J.

11. Debtor respectfully requests this Honorable Court to defer the current plan default to the end of the plan of reorganization.

12. Debtor further requests this Honorable Court to increase the monthly plan payments to $640.00 per month for the remainder of the plan in order to keep the plan feasible.

13. Debtor is in a position to proceed with the instant case.

14. Debtor filed the instant case in good faith and intends to complete the plan of reorganization.

WHEREFORE, the Debtor prays this Honorable Court for the following relief:

A. That this Honorable Court enter an Order deferring the current plan default to the end of the Chapter 13 Plan of reorganization; and

B. To increase Chapter 13 Trustee plan payments to the amount of $640.00 per month for the remainder of the plan; and

C. For such other and further relief as the Court deems fair and proper.

Respectfully submitted,
*/s/ Nicholas Landi*
*Attorney for Debtor*
The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603
312-913-0625