UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )   BK No.: 17-37328
Isaiah T. Lawrence  )
 )   Chapter: 13
 )   Honorable Carol A. Doyle
 )
 )
Debtor(s)  )

## ORDER MODIFYING PLAN

This cause coming to be heard on Motion of the Debtor for entry of an Order modifying the Chapter 13 Plan;

IT IS HEREBY ORDERED:
1. That the current plan default is deferred to the end of the Chapter 13 Plan of reorganization.

2. Debtor's Chapter 13 Trustee plan payments are increased to $640.00 per month for the remainder of the plan.

3. That Debtor's Chapter 13 Plan base remains the same.

4. Nothing in this Order shall require the Trustee to perform collections from creditors pursuant to any prior plan.

Enter:

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated: August 18, 2020

**Prepared by:**

The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603
312.913.0625